UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM SOLANO                      CASE NO. 1:19-cv-25278-BB

    Plaintiff,

vs.

THE ART OF SHAVING-FL, LLC.. ,
a Foreign limited liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, **WILLIAM SOLANO** , by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, **WILLIAM SOLANO** and Defendant, **THE ART OF SHAVING-FL, LLC.** have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

                                               **Respectfully Submitted,**

                                               **MENDEZ LAW OFFICES, PLLC**
                                               Attorney for Plaintiff
                                               P.O. BOX 228630
                                               Miami, Florida 33172
                                               Telephone: 305.264.9090
                                               Facsimile:  305.809.8474
                                               Email:info@mendezlawoffices.com
                                               By: /s/  Diego German Mendez
                                               DIEGO GERMAN MENDEZ, ESQ.
                                               FL BAR NO.: 52748

###